2022R00565/BAC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Esther Salas, U.S.D.J. |
| | : | |
| v. | : | Crim. No. 25-286 |
| | : | |
| CAROL RATI | : | 18 U.S.C. § 1349 18 U.S.C. § |
| | : | 1341 18 U.S.C. § 371 26 U.S.C. § |
| | : | 7206(2) |
| | : | |

# I N F O R M A T I O N

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

## COUNT ONE
### (Conspiracy to Commit Mail Fraud)

### Overview of the Scheme

1. Defendant CAROL RATI ("RATI") was the owner and operator of Kenilworth Consulting LLC ("Kenilworth"), a federal and state income tax preparation company operating from RATI's residence in Kenilworth, New Jersey. Since in or around 2018, RATI prepared over 1,000 fraudulent federal income tax returns for over 800 clients (the "Filers"), who resided in New Jersey, New York, Connecticut, Pennsylvania, and elsewhere in the United States. Over the course of the fraud, Filers were referred to RATI for the purpose of generating tax preparation fees for RATI and fraudulent federal refunds for the Filers.

2. RATI met with the Filers and prepared, in their presence and with their knowledge and participation, their federal returns, each containing a fraudulent IRS Schedule C (Form 1040) ("Schedule C"), which falsely reported deductions, income,

and losses from non-existent businesses purportedly operated as sole proprietorships by the Filers. The false deductions reduced the Filers' taxable income, materially decreasing the federal taxes owed by the Filers for a given tax year and enabling the Filers to receive fraudulent federal refunds from the Internal Revenue Service ("IRS") from in or around 2018 through in or around April 2024.

## Relevant Individuals

3. At all times relevant to the Information:

   a. Filer-1, RATI's customer, resided in New York.

   b. Filer-2, RATI's customer, resided in Newark, New Jersey.

   c. Filer-3, RATI's customer, resided in Lumberton, New Jersey.

## The Conspiracy

4. From in or around 2018 through in or around April 2024, in Union County, in the District of New Jersey and elsewhere, the defendant,

**CAROL RATI,**

did knowingly and intentionally conspire and agree with others to devise and intend to devise a scheme and artifice to defraud the IRS, and to obtain money and property from the IRS by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme and artifice and attempting to do so, did place in any post office or authorized depository for mail, any matter or thing whatever to be sent or delivered by the Postal Service, and deposited and caused to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, and took and received therefrom, any

such matter or thing, and knowingly caused to be delivered by mail or such carrier according to the direction thereon and at the place at which it was directed to be delivered by the person to whom it was addressed, any such matter or thing, contrary to Title 18, United States Code, Section 1341.

## Goal of the Conspiracy

5. It was the goal of the conspiracy for RATI and the Filers to fraudulently enrich themselves by preparing and mailing tax returns that falsely reported deductions, income, and losses, resulting in tax preparation fees for RATI and fraudulent refunds for the Filers.

## Manner and Means of the Conspiracy

6. It was part of the conspiracy that:

a. From in or around 2018 through in or around April 2024, RATI prepared over 1,000 fraudulent federal income tax returns for over 800 Filers. RATI met in person with each of the Filers at her home in Kenilworth, New Jersey. In their presence, and with their knowledge and participation, RATI prepared their federal and state tax returns with false Schedule Cs that claimed non-existent deductions and losses for fake businesses that purported to be owned and operated by the Filers.

b. During the meetings, RATI reviewed the false Schedule C deductions and losses with each of the Filers. She then had them initial the bottom of the page of the Schedule C, which detailed the false amounts. Once the federal returns were completed and verified by the Filers, RATI provided final returns to the Filers for their signature.

c. In furtherance of the conspiracy, the Filers signed and mailed their federal tax returns from New Jersey and elsewhere, to the IRS.

d. In order to conceal her identity and involvement in the conspiracy—and to conceal that each false return was prepared by a single tax preparer—the fraudulent mailed returns did not contain RATI's name or any other identifying information, including her IRS tax preparation identification number.

e. The false Schedule Cs reduced the Filers' taxable income, and enabled the Filers to fraudulently secure significant federal tax refunds from the IRS. For example:

### *FILER-1*

i. In or around March 2024, RATI prepared a 2023 federal tax return for Filer-1 containing a false Schedule C for a fake business. Filer-1 had 2023 W-2 income of approximately $141,553. The fraudulent Schedule C falsely claimed approximately $50,686 in losses from the fake business.

ii. The Schedule C losses reduced Filer-1's taxable income from $141,553 to $70,067, resulting in Filer-1 claiming and ultimately receiving from the IRS, a federal tax refund in the amount of approximately $12,738.

iii. On or about April 5, 2024, Filer-1 mailed, via the United States Postal Service, the fraudulent 2023 return from New York to the IRS in Kansas City, Missouri.

### *FILER-2*

iv.  In or around July 2022, RATI prepared a 2021 federal tax return for Filer-2 containing a false Schedule C for a fake business. Filer-2 had 2021 W-2 income of approximately $135,344. The fraudulent Schedule C falsely claimed approximately $54,174 in losses from the fake business.

v.  The Schedule C losses reduced Filer-2's taxable income from approximately $135,344 to approximately $62,370, resulting in Filer-2 claiming and ultimately receiving from the IRS, a federal tax refund in the amount of approximately $16,418.

vi.  On or about August 7, 2022, as part of the conspiracy, Filer-2 mailed the fraudulent 2019 federal tax return from New Jersey to the IRS in Kansas City, Missouri.

### *FILER-3*

vii.  In or around February 2024, RATI prepared a 2023 federal tax return for Filer-3 containing a false Schedule C for a fake business. Filer-3 had 2023 W-2 income of approximately $147,902. The fraudulent Schedule C falsely claimed losses from the fake business in the amount of approximately $88,254.

viii.  The Schedule C losses reduced Filer-3's taxable income from approximately $147,902 to approximately $44,074, resulting in Filer-3 claiming and ultimately receiving from the IRS, a federal tax refund in the amount of approximately $14,197.

ix.  On or about February 20, 2024, Filer-3 mailed via the

United States Postal Service the fraudulent 2023 federal tax return from New Jersey to the IRS in Kansas City, Missouri.

    f.  In total, RATI and the Filers caused the IRS losses in excess of $9 million.

  In violation of Title 18, United States Code, Section 1349.

## COUNT TWO
## (Conspiracy to Defraud the United States)

7. The allegations set forth in paragraphs 1, 2, 3, 5, and 6 of this Information are realleged here.

8. From in or around 2018 through in or around April 2024, in Union County, in the District of New Jersey and elsewhere, the defendant,

**CAROL RATI,**

knowingly and intentionally conspired and agreed with others to defraud the United States, by impeding, impairing, and defeating the lawful government functions of the IRS to ascertain, assess, collect, and refund personal income taxes, contrary to Title 26, United States Code, Section 7206(2).

### Goal of the Conspiracy

9. It was a goal of the conspiracy for RATI and the Filers to defraud the IRS by preparing and filing tax returns that falsely reported deductions, income, and losses, which fraudulently caused the IRS to provide refunds to the Filers.

### Overt Acts

10. In furtherance of the conspiracy and to achieve its illegal objectives, RATI and others committed, and caused to be committed, the following overt acts in the District of New Jersey and elsewhere:

    a.    In or around March 2024 in Kenilworth, New Jersey, RATI prepared a fraudulent 2023 federal tax return for Filer-1 containing a false Schedule C claiming approximately $50,686 in losses from a fake business.

    b. In or around July 2022, in Kenilworth, New Jersey, RATI prepared a fraudulent 2021 federal tax return for Filer-2 containing a false Schedule C claiming approximately $54,174 in losses from a fake business.

    c. In or around February 2024, in Kenilworth, New Jersey, RATI prepared a fraudulent 2023 federal tax return for Filer-3 containing a false Schedule C claiming losses approximately $88,254 in losses from a fake business.

    In violation of Title 18, United States Code, Section 371.

## FORFEITURE ALLEGATION

Upon conviction of the offense charged in Count One of this Information, defendant CAROL RATI, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the commission of such offense.

### Substitute Assets Provision

If any of the property described above, as a result of any act or omission of the defendant:

- a. cannot be located upon the exercise of due diligence;
- b. has been transferred or sold to, or deposited with, a third party;
- c. has been placed beyond the jurisdiction of the court;
- d. has been substantially diminished in value; or
- e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

_____
JOHN GIORDANO
United States Attorney

CASE NUMBER: 25-286

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

v.

**CAROL RATI**

## INFORMATION FOR

18 U.S.C. § 1349
18 U.S.C. § 1341
18 U.S.C. § 371
26 U.S.C. § 7206

JOHN GIORDANO
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

BLAKE COPPOTELLI
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 856-9095
